**Electronically Filed
Supreme Court
SCWC-29998
05-JUL-2012
09:09 AM**

NO. SCWC-29998

IN THE SUPREME COURT OF THE STATE OF HAWAI'I

STATE OF HAWAI'I, Respondent/Plaintiff-Appellee,

vs.

KEVIN ANTHONY, Petitioner/Defendant-Appellant.

CERTIORARI TO THE INTERMEDIATE COURT OF APPEALS
(ICA NO. 29998; CR. NO. 07-1-2349)

<u>ORDER REJECTING APPLICATION FOR WRIT OF CERTIORARI</u>
(By: Recktenwald, C.J., Nakayama, Acoba, and McKenna, JJ.,
and Circuit Judge Border, assigned by reason of vacancy)

        Petitioner/Defendant-Appellant's application for writ

of certiorari filed on May 22, 2012, is hereby rejected.

        DATED:  Honolulu, Hawai'i, July 5, 2012.

James S. Tabe, deputy public          /s/ Mark E. Recktenwald
defender, for petitioner

                                      /s/ Paula A. Nakayama

                                      /s/ Simeon R. Acoba, Jr.

                                      /s/ Sabrina S. McKenna

                                      /s/ Patrick W. Border

